UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-04786-eg |
| | ) | |
| 5 Star Home Care Inc, | ) | Chapter 11 |
| | ) | |
| | ) | **FIRST AMENDMENT TO** |
| | ) | **PLAN OF REORGANIZATION** |
| | ) | |
| Debtor | ) | |

**Debtor 5 Star Home Care Inc's First Amendment to Plan of Reorganization, dated April 6, 2026**

The Debtor's Plan filed at ECF 51 on March 4, 2026, is supplemented and amended as provided herein:

**Article 2:  Classification of Claims and Interests**

2.04      Class 4:  The following claim is included in Class 4:

| Creditor | Claim Amount |
|---|---|
| American Express | $1,477.36 (POC #5) |

**Article 3.  Treatment of Administrative Expense Claims, Priority Tax Claims, and Quarterly and Court Fees.**

3.02      Administrative Expense Claims

Since filing the original Plan, the IRS has filed a claim (POC 6) for the Q4 2025 payroll taxes and other estimated Q4 taxes, in the amount of $8,717.73. The original Plan estimated the amount of this claim at $13,493.29. As provided in the original Plan, if the Plan is confirmed as a consensual plan under § 1191(a), then this will be paid in full on the effective date of the Plan. If the Plan is confirmed under § 1191(b), then the Debtor may elect to pay the amount due in equal monthly installments over a period of 36 months, pursuant to § 1191(e).

**Article 4.  Treatment of Claims and Interests Under the Plan**

4.01      **Claims and interests shall be treated as follows under the Plan:**

Class 4 – General Unsecured Claims.   **This class is impaired.** The new claim filed by American Express at POC 5 (rounded to nearest whole dollar amount) has been added to the Class 4 payment schedule. The addition of POC 5 is not substantial and will not affect any payment to any other creditor under the Plan.

| Creditor | Claim Amount | 24 payments beginning approximately June 2027: | TOTAL PAID: |
|---|---|---|---|
| American Express | $20,376 | $150.87 | $3,620.88 |
| **American Express** | **$1,477** | **$11.08**** | **$265.86** |
| Hireology Software | $650 | $4.81** | $115.44** |
| SBA | $328,686 | $2,433.72 | $58,409.28 |
| Spectrum Business | $24,698 | $182.87 | $4,388.88 |
| WellSky | $21,787 | $161.32 | $3,871.68 |
| Zoom | $1,000 | $7.40** | $177.60** |
| TOTAL | $397,197 | $2952.07 | $70,849.36 |

\*\* For convenience, the Debtor may pay out the total owed on these claims in a single lump sum.

**Article 10:  Other Provisions**

The following provision is added to the Plan:

In the event the Debtor fails to make the payments due under the Plan, and such failure is not cured within 30 days after written notice by the creditor, the creditor may seek conversion to chapter 7 or the dismissal of the case. If the bankruptcy court orders the case converted to chapter 7 after this Plan is confirmed, then all property that had been property of the chapter 11 estate, and that has not been disbursed pursuant to the Plan, will re-vest in the chapter 7 estate, and the automatic stay will be reimposed upon the re-vested property only to the extent that relief from stay was not previously granted by the bankruptcy court during this case.  If the creditor is a secured creditor, and the default is not cured within 30 days after written notice, then the secured creditor shall have relief from stay to enforce its lien rights upon the filing of an affidavit of default with the bankruptcy court.

Respectfully submitted,

BARTON BRIMM, PA

/s/ Christine E. Brimm
Christine E. Brimm, #6313
P.O. Box 1044
Pawleys Island, SC  29585
(803) 256-6582
cbrimm@bartonbrimm.com
Attorney for Debtor

[Signature of the Plan Proponent]
Printed Name: Albert Ivatorov, President