**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number:  **25-04786-eg**

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**04/24/2026**



Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 04/24/2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

5 Star Home Care, Inc.

Debtor(s).

CHAPTER 11

CASE NO:  25-04786-EG

ORDER CONFIRMING PLAN

The plan under chapter 11 of the Bankruptcy Code filed by the debtor(s) on March 4, 2026, and the modifications to the plan filed on April 6, 2026, or a summary thereof, having been transmitted to the creditors and equity security holders, and

It having been determined, after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1191(b) have been satisfied,

**IT IS ORDERED** that:

The plan filed by 5 Star Home Care, Inc., on March 4, 2026, and the modifications to the plan filed April 6, 2026, is confirmed.

IT IS FURTHER ORDERED that the debtor(s):

(1)  file with the Court, pursuant to Fed. R. Bankr. P. 2015(a), until the case is closed, quarterly operating reports in a form approved by the United States trustee.  The reports must include any action taken toward consummation of the plan; and

(2)  make timely payments to the trustee as required by the confirmed plan.

Consistent with the discretion allowed to the Court under 11 U.S.C. § 1194(b), and no party having objected, the Debtor shall assume responsibility for making the distributions to creditors as set forth in the Plan.

Upon completion of plan payments, the trustee shall submit a final report and final account to the United States trustee.  Following review by the United States trustee, the trustee shall file the final report and account with the Court.  Following the filing of the final report, the debtor(s) may file a Notice of Completion of Plan Payments and Request for Discharge pursuant to 11 U.S.C. § 1192.

AND IT IS SO ORDERED.